IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL CHAD McGILL                                              PLAINTIFF

V.                     No. 3:13CV00190-DPM-BD

MARTY BOYD, et al.                                              DEFENDANTS

## ORDER

Plaintiff Michael Chad McGill, an inmate at the Craighead County Detention Facility, has filed a pro se complaint (docket entry #1) under 42 U.S.C. § 1983.[1] A review of the record shows that Mr. McGill has not paid the statutory filing fee; nor has he submitted an application for leave to proceed *in forma pauperis*.

Under the Prison Litigation Reform Act, even if Mr. McGill is allowed to proceed *in forma pauperis,* he will have to pay a $350.00 filing fee. 28 U.S.C. §1915(b)(1). The only question is the amount of monthly payments.

The Clerk of Court is directed to send Mr. McGill a copy of this order and an *in forma pauperis* application form. Mr. McGill must return a completed *in forma pauperis* application, including an accompanying affidavit and jail account information sheet, or

---

[1] Local Rule 5.5(c)(2) requires parties who are not represented by counsel: to promptly notify the Clerk and other parties in the case of any change in address; to monitor the progress of the case and prosecute or defend the case diligently; to sign all pleadings and include a current address, zip code, and telephone number; and to be familiar with and follow both Local Rules and the Federal Rules of Civil Procedure. Any plaintiff not represented by counsel must respond to communications from the Court within thirty (30) days, or the case can be dismissed based on the failure to respond.

pay the $400.00 filing fee within thirty (30) days of the date of this order.[2]  Otherwise, the lawsuit will be dismissed.

    DATED this 27th day of August, 2013.

                                         */s/ signature*
                                  UNITED STATES MAGISTRATE JUDGE

---

[2] Effective May 1, 2013, the cost of filing a civil lawsuit in federal court was increased from $350.00 to $400.00.  However, if an individual is granted *in forma pauperis* status, the additional $50.00 is waived, and the filing fee remains $350.00.