IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL CHAD MCGILL                                          PLAINTIFF

v.                      No. 3:13-cv-190-DPM-BD

MARTY BOYD, Deputy Sheriff, Craighead
County; CHARLES GARR, Deputy Sheriff,
Craighead County; MATT HALL,
Administration, Craighead County Detention
Facility; and DEVINE, Nurse, Craighead
County Detention Center                                      DEFENDANTS

ORDER

On 27 August 2013, the Court ordered McGill to pay a filing fee or submit an application to proceed *in forma pauperis*. № 2. The Court warned that his complaint would otherwise be dismissed. McGill has not complied, and the deadline to comply has passed. His complaint is therefore dismissed without prejudice. Local Rule 5.5(c)(2).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 October 2013