IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL CHAD MCGILL                                                PLAINTIFF

v.                                  No.  3:13-cv-190-DPM-BD

MARTY BOYD, Deputy Sheriff, Craighead
County; CHARLES GARR, Deputy Sheriff,
Craighead County; MATT HALL,
Administration, Craighead County Detention
Facility; and DEVINE, Nurse, Craighead
County Detention Center                                            DEFENDANTS

JUDGMENT

McGill's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

_16 October 2013_